AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| Inovalon Provider, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Innovative Marketing and Data Solutions LLC | ) |
| *Defendant* | ) |

Civil Action No. 6:25cv00056

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)*  Inovalon Provider, Inc. (F/K/A Ability Network Inc.)  recover from the
defendant *(name)*  Innovative Marketing and Data Solutions, Inc.  the amount of
dollars ($ 1,032,663.66 ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of __10__ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

❑  other: 

.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Norman K. Moon  on a motion for

Default Judgment as to Innovative Marketing and Data Solutions LLC.

.

Date:  April 8, 2026

LAURA A. AUSTIN, CLERK OF COURT

s/ Arlene Little
*Deputy Clerk*